United States District Court
Southern District of Texas
**ENTERED**
July 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AKRAM MUSHTAHA, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00930 |
| § | |
| MERIDIAN SECURITY INSURANCE § COMPANY, § § | |
| Defendant. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on July 2, 2024. Doc. #29. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendant Meridian Security Insurance Company's ("Defendant") Motion for Summary Judgment (Doc. #22) is hereby GRANTED IN PART. Specifically, the Motion for Summary Judgment is granted with respect to Plaintiffs Akram Mushtaha and Khawla Mushtahas' (collectively, "Plaintiffs") claims under Tex. Ins. Code § 541.060(a), the DTPA, Tex. Bus. & Com. Code §§ 17.46(b) and 17.50(a), and the common law duty of good faith and fair dealing, and these claims are therefore DISMISSED WITH PREJUDICE. Defendant's Motion for Summary Judgment is denied with respect to Plaintiffs' breach of contract and Prompt Payment Act, Tex. Ins. Code § 542.058, claims.

Moreover, Defendant's Motion for Judgment on the Pleadings (Doc. #15) is GRANTED IN PART. Specifically, the Court finds that Defendant is entitled to require Plaintiffs to submit to an examination under oath ("EUO"). Accordingly, the parties are ORDERED to complete the EUO within 20 days of entry of this Order, and this case is hereby STAYED until 30 days after the EUO is complete.

It is so ORDERED.

JUL 29 2024
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge